STATE OF CONNECTICUT *v.* PETER LEGRANDE

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 408 (AC 18312), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Nancy L. Chupak,* deputy assistant state's attorney, in opposition.

Decided January 3, 2001

STATE OF CONNECTICUT *v.* ANTHONY TORRES

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 562 (AC 18754), is denied.

*Avery S. Chapman,* special public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided January 3, 2001